1  BENJAMIN B. WAGNER
   United States Attorney
2  SARALYN M. ANG-OLSON, SBN 197404
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for Plaintiff
   United States of America
6




7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  2:09-CV-03401-JAM-EFB
                                )
12           Plaintiff,          )  **ORDER REGARDING CLERK'S**
                                )  **ISSUANCE OF WARRANT FOR**
13      v.                       )  **ARREST OF ARTICLES *IN REM***
                                )
14 APPROXIMATELY $16,140.00 IN   )
   U.S. CURRENCY,                )
15                              )
             Defendant.          )
16 _____ )

17      WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been
18 filed on December 7, 2009, in the United States District Court
19 for the Eastern District of California, alleging that the
20 defendant Approximately $16,140.00 in U.S. Currency ("defendant
21 currency"), is subject to forfeiture to the United States
22 pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of
23 21 U.S.C. §§ 841 *et seq.*;

24      And, the Court being satisfied that, based on the Verified
25 Complaint for Forfeiture *In Rem* and the affidavit of Drug
26 Enforcement Administration Special Agent Spencer Savage, there is
27 probable cause to believe that the defendant currency so
28 described constitutes property that is subject to forfeiture for

such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: 12-7-09

EDMUND F. BRENNAN
United States Magistrate Judge