```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SARALYN M. ANG-OLSON, SBN 197404
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  2:09-CV-03401-JAM-EFB
                                   )
12          Plaintiff,             )  DEFAULT JUDGMENT AND FINAL
                                   )  JUDGMENT OF FORFEITURE
13      v.                         )
                                   )
14  APPROXIMATELY $16,140.00 IN    )
    U.S. CURRENCY,                 )
15                                 )
            Defendant.             )
16  _____)
```

17    This matter came on before the Honorable Magistrate Judge
18 Edmund F. Brennan on plaintiff United States' <u>ex</u> <u>parte</u> motion for
19 default judgment.  There was no appearance by or on behalf of any
20 other person or entity claiming an interest in the defendant
21 currency to oppose plaintiff's motion.  The Magistrate Judge has
22 recommended that plaintiff's motion for default judgment be
23 granted.  Based on the Magistrate Judge's Findings and
24 Recommendations and the files and records of the Court, it is

25    ORDERED, ADJUDGED AND DECREED:

26    1.  The Magistrate Judge's Findings and Recommendations are
27 adopted herein.

28    2.  Sieu Nguyen Ngo and Duong Ai Ngo are held in default.

3.  A judgment by default is hereby entered against any right, title or interest of Sieu Nguyen Ngo and Duong Ai Ngo in the defendant currency referenced in the above-caption.

4.  A final judgment of forfeiture is hereby entered, forfeiting all right, title and interest in the defendant currency to the United States, to be disposed of according to law.

5.  All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 24th day of March, 2010.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge