UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**United States of America**

    **v.**

**Approximately $16,140.00 in U.S. Currency**

_____

**DEFAULT JUDGMENT**

Case No.  2:09-CV-03401 JAM EFB

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against Defendants:

    **Sieu Nguyen Ngo and Duong Ai Ngo**

March 25, 2010

VICTORIA C. MINOR, CLERK

By: /s/  L. Reader, Deputy Clerk