```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SARALYN M. ANG-OLSON, SBN 197404
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-CV-03401-JAM-EFB |
|---|---|---|
| Plaintiff, | ) | *AMENDED* DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| v. | ) | |
| APPROXIMATELY $16,140.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

This matter came on before the Honorable District Judge John A. Mendez on plaintiff United States' ex parte motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion. Based on the United States' ex parte motion for default judgment and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. Sieu Nguyen Ngo and Duong Ai Ngo are held in default.

2. A judgment by default is hereby entered against any right, title or interest of Sieu Nguyen Ngo and Duong Ai Ngo in the defendant currency referenced in the above-caption.

3. A final judgment of forfeiture is hereby entered, forfeiting all right, title and interest in the defendant currency to the United States, to be disposed of according to law.

4. All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 25th day of March, 2010.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge