1  BENJAMIN B. WAGNER
   United States Attorney
2  SARALYN M. ANG-OLSON, SBN 197404
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   2:09-CV-03401-JAM-EFB
                                      )
12           Plaintiff,                )   *AMENDED* DEFAULT JUDGMENT
                                      )   AND FINAL JUDGMENT OF
13      v.                            )   FORFEITURE
                                      )
14 APPROXIMATELY $16,140.00 IN        )
   U.S. CURRENCY,                     )
15                                    )
             Defendant.                )
16 _____)

17      This matter came on before the Honorable District Judge

18 John A. Mendez on plaintiff United States' <u>ex parte</u> motion for

19 default judgment.  There was no appearance by or on behalf of any

20 other person or entity claiming an interest in the defendant

21 currency to oppose plaintiff's motion.  Based on the United

22 States' <u>ex parte</u> motion for default judgment and the files and

23 records of the Court, it is

24      ORDERED, ADJUDGED AND DECREED:

25      1.  Sieu Nguyen Ngo and Duong Ai Ngo are held in default.

26      2.  A judgment by default is hereby entered against any

27 right, title or interest of Sieu Nguyen Ngo and Duong Ai Ngo in

28 the defendant currency referenced in the above-caption.

3.   A final judgment of forfeiture is hereby entered, forfeiting all right, title and interest in the defendant currency to the United States, to be disposed of according to law.

4.   All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 25th day of March, 2010.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge